COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Jane Doe v. Yum! Brands, Inc.; Pizza Hut, Inc.; Muy Pizza Houston, LLC

Appellate case numbers: 01-19-00844-CV, 01-19-00845-CV, 01-19-00846-CV

Trial court case numbers: 2017-42257, 2017-42257A, 2017-42257B

Trial court:   157th District Court of Harris County

The clerk's record was filed in all three appeals on December 9, 2019 and appellant's briefs were due February 7, 2020. Appellant now asserts relevant documents were not included in the clerk's record and, on February 3, 2020, filed requests in the trial court to supplement the clerk's record.

Appellant has filed an unopposed motion to continue appellate briefing deadlines in all three appeals pending supplementation of the appellate record in each. Appellant's motion is **granted.** Appellant's brief in each of the above-referenced appeals is due **30 days** from the filing of the supplemental clerk's record.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                              Acting individually

Date: February 6, 2020